1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **SHELLEY A. HARLAN**            )     Case No.  CIV- 11-1121 CMK
   xxx-xx- 9083                     )
12                                  )
                                    )     **STIPULATION AND**
13                                  )     **ORDER EXTENDING PLAINTIFF'S**
           **Plaintiff,**           )     **TIME TO FILE SUMMARY**
14                                  )     **JUDGEMENT MOTION**
   v.                               )
15                                  )
   **MICHAEL J. ASTRUE**            )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                  )
           **Defendant.**           )
18                                  )
   _____  )
19

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from November 10, 2011, to December

22 9, 2011.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

23

24 / / / /

25 / / / /

26 / / / /

27

28

                                           1

Dated: November 9, 2011    */s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: November 9, 2011    Benjamin B. Wagner
United States Attorney

/s/ Peter Thompson
PETER THOMPSON
Special Assistant United States Attorney
Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:   November 15, 2011

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2