IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY A. HARLAN, | No. CIV S-11-1121-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

On December 30, 2011, the court directed plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution. Specifically, plaintiff had not filed a dispositive motion as required by the court's scheduling order. Plaintiff responded on January 30, 2012, and thereafter filed a motion for summary judgment the next day. The order to show cause will, therefore, be discharged.

/ / /

/ / /

1

A further review of the docket reflects that defendant has notified the court regarding consent to proceed before a Magistrate Judge. Plaintiff, however, has not notified the court regarding consent. Pursuant to the court's scheduling order and Eastern District of California Local Rules, Appendix A, the time to do so has now expired. Plaintiff shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to inform the court regarding consent to Magistrate Judge jurisdiction, as required by the court's scheduling order. The Clerk of the Court is directed to serve on plaintiff a copy of the court's form entitled "Consent to Assignment or Request for Reassignment." Plaintiff is warned that failure to respond to this order may result in the dismissal of the action for the reasons discussed above, as well as for failure to prosecute and comply with court rules and orders. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 30, 2011, order to show cause is discharged; and

2. Plaintiff shall show cause in writing within 30 days of the date of this order why this action should not be dismissed for plaintiff's failure to inform the court regarding consent to Magistrate Judge jurisdiction.

DATED: March 22, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE