# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY A. HARLAN, | No. 2:11-CV-1121-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On March 22, 2012, the court directed plaintiff to show cause in writing why this action should not be dismissed for plaintiff's failure to inform the court regarding consent to Magistrate Judge jurisdiction. Because plaintiff has now submitted her consent election form, the order to show cause is discharged.

IT IS SO ORDERED.

DATED: September 10, 2012

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1